**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CRIMINAL CASE NO. 3:94cr110**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| WILLIAM HAMMOND. ) | |

**THIS MATTER** is before the Court on the Defendant's Motion for Re-sentencing [Doc. 106].

The Defendant moves for a reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(2). [Doc. 106]. To date, no response has been filed by the Government.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Government shall file a response to the Defendant's Defendant's Motion for Re-sentencing [Doc. 106] on or before **February 23, 2009**.

Signed: February 6, 2009

Martin Reidinger
United States District Judge